**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

IN RE CRIMINAL COMPLAINT )
AND ARREST WARRANT ) Misc. No. 1:07MJ124A
)

**MOTION TO SEAL**

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Lee H. Vilker, Assistant United States Attorney, and moves that this Motion to Seal and Order, the Complaint with attached Affidavit, the Arrest Warrant and Criminal Cover Sheet be sealed until the arrest of DAVID WHITAKER, a/k/a David Andrews, a/k/a Slade Austin, a/k/a Chase, a/k/a Josh.

The Government further moves that the Order to Seal shall be self-executing, i.e. that this Motion to Seal, the underlying Complaint with attached Affidavit, the Arrest Warrant and the Criminal Cover Sheet shall automatically be unsealed upon the arrest of the Defendant.

Respectfully submitted,

UNITED STATES OF AMERICA

By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

Lee Vilker
LEE H. VILKER
Assistant U.S. Attorney

SO ORDERED:

LINCOLN D. ALMOND
UNITED STATES MAGISTRATE JUDGE

DATE: 12/12/07