CLOSED

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## (Western Division - Los Angeles)
## CRIMINAL DOCKET FOR CASE #: 2:08-mj-00721-DUTY All Defendants

Case title: USA v. Whitaker

Date Filed: 03/20/2008
Date Terminated: 03/21/2008

---

Assigned to: Duty Magistrate Judge

**Defendant**

**David Whitaker** (1)
*TERMINATED: 03/21/2008*
*also known as*
Chase (1)
*TERMINATED: 03/21/2008*
*also known as*
Slade Austin (1)
*TERMINATED: 03/21/2008*
*also known as*
Josh (1)
*TERMINATED: 03/21/2008*
*also known as*
David Andrews (1)
*TERMINATED: 03/21/2008*

represented by **Liliana Coronado**
Federal Public Defenders Office
321 East 2nd Street
Los Angeles, CA 90012-4206
213-894-2857
Email:
zzCAC_FPD_Document_Receiving@fd.org

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts** | **Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts** | **Disposition**

None

**Highest Offense Level (Terminated)**

None

I hereby attest and certify on 3/28/08 that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
JANET AGHBOLAGHI
DEPUTY CLERK

1182

**Complaints** | **Disposition**

Defendant in violation of 18:1343

Defendant is ordered HELD to ANSWER to the USDC,District of Rhode Island at Providence.

---

**Plaintiff**

**USA**

represented by **US Attorney's Office**
AUSA - Office of US Attorney
312 N Spring St, 12th Floor
Los Angeles, CA 90012-4700
213-894-2434
Email: USACAC.Criminal@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/20/2008 | 1 | AFFIDAVIT RE: OUT-OF-DISTRICT WARRANT (Rule 5(c)(3)) filed as to defendant David Whitaker, originating in the District of Rhose Island. Defendant charged in violation of: 18:1343. Signed by agent Mark Williams, US Secret Service, Special Agent. (ja) (Entered: 03/27/2008) |
| 03/20/2008 | 2 | REPORT COMMENCING CRIMINAL ACTION as to Defendant David Whitaker; defendant's Year of Birth: 1975; date of arrest: 3/19/2008 (ja) (Entered: 03/27/2008) |
| 03/20/2008 | 3 | Defendant David Whitaker arrested on warrant issued by the USDC District of Rhode island at Providence. (ja) (Entered: 03/27/2008) |
| 03/20/2008 | 4 | MINUTES OF ARREST ON OUT OF DISTRICT WARRANT held before Magistrate Judge Victor B. Kenton as to Defendant David Whitaker Defendant arraigned and states true name is as charged. Attorney: Liliana Coronado for David Whitaker, DFPD, present. Court orders defendant permanently detained. Defendant remanded to the custody or currently in the custody of the US Marshal. Court orders defendant held to answer to District of Rhode Island. Warrant of Removal and final commitment to issue. Court Smart: C/S 3/20/08. (ja) (Entered: 03/27/2008) |
| 03/20/2008 | 5 | NOTICE OF REQUEST FOR DETENTION filed by Plaintiff USA as to Defendant David Whitaker (ja) (Entered: 03/27/2008) |
| 03/20/2008 | 6 | ORDER OF DETENTION by Magistrate Judge Victor B. Kenton as to Defendant David Whitaker. (ja) (Entered: 03/27/2008) |
| 03/20/2008 | 7 | WAIVER OF RIGHTS approved by Magistrate Judge Victor B. Kenton as to Defendant David Whitaker. (ja) (Entered: 03/27/2008) |
| 03/20/2008 | 8 | FINANCIAL AFFIDAVIT filed as to Defendant David Whitaker. (ja) (Entered: 03/27/2008) |
| | | |

| | | |
|---|---|---|
| 03/21/2008 | 9 | WARRANT OF REMOVAL AND COMMITMENT by Magistrate Judge Victor B. Kenton that Defendant David Whitaker be removed to the District of Rhode Island (Attachments: # 1 Letter Rule 5 (c)(3) - Transfer Out) (ja) (Entered: 03/27/2008) |


## PACER Service Center

### Transaction Receipt

| 03/27/2008 15:52:11 | | | |
|---|---|---|---|
| **PACER Login:** | us3877 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:08-mj-00721-DUTY |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |

FILED

2008 MAR 20 AM 10: 17

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY: ______

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America PLAINTIFF(S) v. David Whitaker DEFENDANT(S). | CASE NUMBER 08-072 1 M |
| | AFFIDAVIT RE OUT-OF-DISTRICT WARRANT |

The above-named defendant was charged by: ______
in the ______ District of Rhode Island on 12/12/07
at 12 ☒ a.m. / ☐ p.m. The offense was allegedly committed on or about ______
in violation of Title 18 U.S.C., Section(s) 1343
to wit: ______

A warrant for defendant's arrest was issued by: Honorable Magistrate Lincoln Almond

Bond of $ N/A was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I swear that the foregoing is true and correct to the best of my knowledge.

Sworn to before me, and subscribed in my presence on 3/20/08, by
[signature], Deputy Clerk.

[signature]
Signature of Agent

Mark Williams
Print Name of Agent

United States Secret Service
Agency

Special Agent
Title

CR-52 (05/98) AFFIDAVIT RE OUT-OF-DISTRICT WARRANT

I hereby attest and certify on 3/28/08 that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
JANET AGHBOLAGHI
DEPUTY CLERK

SEAL OF THE U.S. DISTRICT COURT CENTRAL DIST. OF CALIFORNIA

1182

I hereby attest and certify on 3/28/08
that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
JANET AGHBOLAGHI
DEPUTY CLERK

SEAL OF THE U.S. DISTRICT COURT CENTRAL DIST. OF CALIFORNIA
1182

FILED
2008 MAR 20 AM 10: 18
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, PLAINTIFF<br>v.<br>David Whitaker DEFENDANT(S). | CASE NUMBER<br>08-0721M<br>REPORT COMMENCING CRIMINAL ACTION |

TO: CLERK'S OFFICE, U. S. DISTRICT COURT

All items are to be completed. Information not applicable or unknown will be indicated as "N/A".

1. Date and time of arrest 3/19/08, 11:00 ☐ AM / ☒ PM
2. Charges under which defendant has been booked at Metropolitan Detention Center (MDC): 18 USC 1343 Wire fraud
3. Offense charged is a: ☒ Felony ☐ Minor Offense ☐ Petty Offense ☐ Other Misdemeanor
4. U.S. Citizen: ☒ Yes ☐ No ☐ Unknown
5. Year of Birth: 1975
6. The defendant is: ☒ Presently in custody on this charge.
   ☐ At liberty on bond posted before a Magistrate Judge.
   ☐ At liberty and warrant is requested.
   ☐ Federal - In custody on another conviction.
   ☐ State - In custody awaiting trial on these charges.
7. Place of detention (if out-of-district): MDC
8. Date detainer placed on defendant: 
9. This is a reprosecution of previously dismissed charges. (Docket/Case No. N/A)
10. Name of Pretrial Services Officer: Duty
11. Remarks (if any): 

12. Date: 3/20/08 13. Signature: [signature]

14. Name: Mark Williams 15. Title: Special Agent

AO 442 (Rev. 10/03) Warrant for Arrest

FILED
2008 MAR 20 AM 10: 15
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY

# UNITED STATES DISTRICT COURT

District of RHODE ISLAND

08-0721M

UNITED STATES OF AMERICA
V.
DAVID WHITAKER,
a/k/a David Andrews, a/k/a Slade Austin,
a/k/a Chase, a/k/a Josh

## WARRANT FOR ARREST

Case Number: 1:07MJ124A

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest DAVID WHITAKER, a/k/a's David Andrews, Slade Austin, Chase, Josh

Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☒ Complaint ☐ Order of court ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

charging him or her with (brief description of offense)

10 Counts of devising a scheme and artifice to defraud, and obtaining money and property, by means of false and fraudulent pretenses, representations and promises, transmitting and causing to be transmitted by means of wire communications in interstate or foreign commerce, writings, signs and signals, for the purpose of executing such scheme and artifice,

Attest to True Copy
DAVID A. DIMARZIO
By [signature]
Deputy Clerk

in violation of Title 18 United States Code, Section(s) 1343

LINCOLN D. ALMOND
Name of Issuing Officer

[signature]
Signature of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

12/12/07 Providence, Rhode Island
Date and Location

I hereby attest and certify on 3/20/08 that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
JANET AGHBOLAGHI
DEPUTY CLERK

SEAL OF THE U.S. DISTRICT COURT CENTRAL DIST. OF CALIFORNIA

1182

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

I hereby attest and certify on 3/28/08 that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JANET AGHBOLAGHI

DEPUTY CLERK

1182

UNITED STATES OF AMERICA | Plaintiff | Western Division

David Whitaker | Defendant

Case Number: 2:08-MJ-00721 | Out of District Affidavit
Initial App. Date: 03/20/2008 | Initial App. Time: 2:00 PM

Date Filed: 03/20/2008
Violation: 18:1343
CourtSmart: C/S

PROCEEDINGS HELD BEFORE UNITED STATES MAGISTRATE JUDGE: Victor B. Kenton

CALENDAR/PROCEEDINGS SHEET
LOCAL/OUT-OF-DISTRICT CASE

PRESENT: Roxanne Horan — *Deputy Clerk*; Brendt Butler — *Assistant U.S. Attorney*; None — *Interpreter/Language*

- [x] Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and [ ] preliminary hearing OR [x] removal hearing / Rule 20.
- [x] Defendant states true name [x] is as charged [ ] is ______
- [x] Defendant advised of consequences of false statement in financial affidavit. [ ] Financial Affidavit ordered SEALED.
- [x] Attorney: Liliana Coronado, Appointed [x] Appointed [ ] Prev. Appointed [ ] Poss. Contribution (see separate order)
  - [ ] Special appearance by: ______.
- [x] Government's request for detention is: [x] GRANTED [ ] DENIED [ ] WITHDRAWN [ ] CONTINUED
- [x] Defendant is ordered: [x] Permanently Detained [ ] Temporarily Detained (see separate order).
- [x] BAIL FIXED AT $ Detention w/out prej. (SEE ATTACHED COPY OF CR-1 BOND FORM FOR CONDITIONS)
- [ ] Government moves to UNSEAL Complaint/Indictment/Information/Entire Case: [ ] GRANTED [ ] DENIED
- [ ] Preliminary Hearing waived.
- [ ] Class B Misdemeanor [ ] Defendant is advised of maximum penalties
- [ ] This case is assigned to Magistrate Judge ______. Counsel are directed to contact the clerk for the setting of all further proceedings.
- [ ] PO/PSA WARRANT [ ] Counsel are directed to contact the clerk for District Judge ______ for the setting of further proceedings.
- [ ] Preliminary Hearing set for ______ at 4:30 PM
- [ ] PIA set for: ______ at 8:30 AM in LA; at 3:00 PM in Riverside; at 10:00 AM in Santa Ana
- [ ] Government's motion to dismiss case/defendant ______ only: [ ] GRANTED [ ] DENIED
- [ ] Defendant's motion to dismiss for lack of probable cause: [ ] GRANTED [ ] DENIED
- [x] Defendant executed Waiver of Rights. [ ] Process received.
- [x] Court ORDERS defendant Held to Answer to ______ District of Rhode Island
  - [ ] Bond to transfer, if bail is posted. Defendant to report on or before ______
  - [x] Warrant of removal and final commitment to issue.
  - [ ] Warrant of removal and final commitment are ordered stayed until ______
- [ ] Case continued to (Date) ______ (Time) ______ AM / PM
  Type of Hearing: ______ Before Judge ______ /Duty Magistrate Judge.
  Proceedings will be held in the [ ] Duty Courtroom ______ [ ] Judge's Courtroom ______
- [x] Defendant committed to the custody of the U.S. Marshal [ ] Summons: Defendant ordered to report to USM for processing.
- [ ] Abstract of Court Proceeding (CR-53) issued. Copy forwarded to USM.
- [ ] Abstract of Order to Return Defendant to Court on Next Court Day (M-20) issued. Original forwarded to USM.
- [ ] RELEASE ORDER NO: ______
- [ ] Other: ______

[x] PSA [x] FINANCIAL [x] READY

Deputy Clerk Initials rh
: 15 mins.

THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
Brendt C. Butler (Cal. Bar No. 211273)
Assistant United States Attorney
1200 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-0470
Facsimile: (213) 894-0141
E-mail: brendt.butler@usdoj.gov

Attorneys for Plaintiff
United States of America

FILED
CLERK, U.S. DISTRICT COURT
MAR 20 2008
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

I hereby attest and certify on 3/28/08 that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
JANET AGHBOLAGHI
DEPUTY CLERK

1182

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>DAVID ANTHONY WHITAKER,<br>Defendant. | Case No. MJ 08-00721-DUTY<br><br>GOVERNMENT'S NOTICE OF REQUEST FOR DETENTION |

Plaintiff, United States of America, by and through its counsel of record, hereby requests detention of defendant and gives notice of the following material factors:

_X_ 1. Temporary 10-day Detention Requested (§ 3142(d)) on the following grounds:

____ a. present offense committed while defendant was on release pending (felony trial), (sentencing), (appeal), or on (probation) (parole); or

____ b. defendant is an alien not lawfully admitted for permanent residence; and

_X_ c. defendant may flee; or

_X_ d. pose a danger to another or the community.

_X_ 2. Pretrial Detention Requested (§ 3142(e)) because no condition or combination of conditions will reasonably assure:

_X_ a. the appearance of the defendant as required;

_X_ b. safety of any other person and the community.

____ 3. Detention Requested Pending Supervised Release/Probation Revocation Hearing (Rules 32.1(a)(6), 46(d), and 18 U.S.C. § 3143(a)):

____ a. defendant cannot establish by clear and convincing evidence that he/she will not pose a danger to any other person or to the community;

____ b. defendant cannot establish by clear and convincing evidence that he/she will not flee.

____ 4. Presumptions Applicable to Pretrial Detention (18 U.S.C. § 3142(e)):

____ a. Title 21 or Maritime Drug Law Enforcement Act ("MDLEA") (46 U.S.C. App. 1901 et seq.) offense with 10-year or greater maximum penalty (presumption of danger to community and flight risk);

____ b. offense under 18 U.S.C. §§ 924(c), 956(a), 2332b, or 2332b(g)(5)(B) with 10-year or greater maximum penalty (presumption of danger to community and flight risk);

____ c. offense involving a minor victim under 18 U.S.C.

§§ 1201, 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1)-(a)(3), 2252A(a)(1)-2252A(a)(4), 2260, 2421, 2422, 2423 or 2425 (presumption of danger to community and flight risk);

____ d. defendant currently charged with an offense described in paragraph 5a - 5e below, AND defendant was previously convicted of an offense described in paragraph 5a - 5e below (whether Federal or State/local), AND that previous offense was committed while defendant was on release pending trial, AND the current offense was committed within five years of conviction or release from prison on the above-described previous conviction (presumption of danger to community).

__X__ 5. Government Is Entitled to Detention Hearing Under § 3142(f) If the Case Involves:

____ a. a crime of violence (as defined in 18 U.S.C. § 3156(a)(4)) or Federal crime of terrorism (as defined in 18 U.S.C. § 2332b(g)(5)(B)) for which maximum sentence is 10 years' imprisonment or more;

____ b. an offense for which maximum sentence is life imprisonment or death;

____ c. Title 21 or MDLEA offense for which maximum sentence is 10 years' imprisonment or more;

____ d. any felony if defendant has two or more convictions for a crime set forth in a-c above or for an offense under state or local law that would qualify under a, b, or c if federal jurisdiction were present, or a combination or such offenses;

____ e. any felony not otherwise a crime of violence that involves a minor victim or the possession or use of a firearm or destructive device (as defined in 18 U.S.C. § 921), or any other dangerous weapon, or involves a failure to register under 18 U.S.C. § 2250;

_X_ f. serious risk defendant will flee;

_X_ g. serious risk defendant will (obstruct or attempt to obstruct justice) or (threaten, injure, or intimidate prospective witness or juror, or attempt to do so).

______ 6. Government requests continuance of _____ days for detention hearing under § 3142(f) and based upon the following reason(s):

______________________________

______________________________

______________________________

///

///

///

///

______ 7. Good cause for continuance in excess of three days exists in that:

______________________________________________

______________________________________________

______________________________________________

DATED: March 20, 2008

Respectfully submitted,

THOMAS P. O'BRIEN
United States Attorney

CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division

BRENDT C. BUTLER
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

I hereby attest and certify on 3/20/08 that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JANET ACHROLASHI
DEPUTY CLERK
1182

FILED
CLERK, U.S. DISTRICT COURT
MAR 20 2008
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, PLAINTIFF<br>v.<br>David Whittaker<br>DEFENDANT. | CASE NUMBER:<br>07-00721M |
| | **WAIVER OF RIGHTS (OUT OF DISTRICT CASES)** |

I understand that charges are pending in the — District of Rhode Island alleging violation of 18 U.S.C. § 1343 (Title and Section / Probation / Supervised Release) and that I have been arrested in this district and taken before a United States Magistrate Judge, who has informed me of the charge(s) and my rights to:

(1) have an identity hearing to determine whether I am the person named in the charges;
(2) receive a copy of the charge(s) against me;

***-Check one only-***

☒ **EXCLUDING PROBATION OR SUPERVISED RELEASE CASES:**

(3) have a preliminary examination (unless an indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and
(4) request transfer of the proceedings to this district under Rule 20, Fed.R.Crim.P., in order to plead guilty.

☐ **PROBATION OR SUPERVISED RELEASE CASES:**

(3) have a preliminary hearing (if the violation charged allegedly occurred in this district, and I am held in custody solely on that charge) under Rule 32.1(b), Fed.R.Crim.P., to determine whether there is probable cause to believe I have violated the terms of my probation/supervised release.

**I HEREBY WAIVE (GIVE UP) MY RIGHT(S) TO:**

- ☐ have an identity hearing
- ☑ receive a copy of the charges(s) against me
- ☐ have a preliminary examination
- ☐ have an identity hearing, and I have been informed that I have no right to a preliminary examination
- ☑ have an identity hearing, but I request that ~~a preliminary~~ examination ~~be held in the prosecuting~~ district

[signature]
Defendant

[signature]
Defense Counsel

Date: 3/20/08

[signature]
United States Magistrate Judge

FILED
CLERK, U.S. DISTRICT COURT
MAR 20 2008
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
Plaintiff,
vs.
David Whitaker,
Defendant.

Case No. 07-00721M

**ORDER OF DETENTION**

I

A. ( ) On motion of the Government in a case allegedly involving:

1. ( ) a crime of violence.

2. ( ) an offense with maximum sentence of life imprisonment or death.

3. ( ) a narcotics or controlled substance offense with maximum sentence of ten or more years.

4. ( ) any felony - where defendant convicted of two or more prior offenses described above.

5. ( ) any felony that is not otherwise a crime of violence that involves a minor victim, or possession or use of a firearm or destructive device or any other dangerous weapon, or a failure to register under 18 U.S.C. § 2250.

I hereby attest and certify on 3/28/08 that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.
CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
JANET AGHBOLAGHI
DEPUTY CLERK
SEAL OF THE U.S. DISTRICT COURT CENTRAL DIST. OF CALIFORNIA
1182

B. ( ) On motion by the Government/ ( ) on Court's own motion, in a case allegedly involving:

(x) On the further allegation by the Government of:

1. (x) a serious risk that the defendant will flee.

2. ( ) a serious risk that the defendant will:

a. ( ) obstruct or attempt to obstruct justice.

b. ( ) threaten, injure or intimidate a prospective witness or juror, or attempt to do so.

C. The Government ( ) is/ (x) is not entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety or any person or the community.

II

A. (x) The Court finds that no condition or combination of conditions will reasonably assure:

1. (x) the appearance of the defendant as required.

( ) and/or

2. ( ) the safety of any person or the community.

B. ( ) The Court finds that the defendant has not rebutted by sufficient evidence to the contrary the presumption provided by statute.

III

The Court has considered:

A. the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or

destructive device;

B. the weight of evidence against the defendant;

C. the history and characteristics of the defendant; and

D. the nature and seriousness of the danger to any person or the community.

IV

The Court also has considered all the evidence adduced at the hearing and the arguments and/or statements of counsel, and the Pretrial Services Report/recommendation.

V

The Court bases the foregoing finding(s) on the following:

A. (✓) As to flight risk:

See PSR pg 6

note: extradited to USA from Mexico

B. ( ) As to danger:

VI

A. ( ) The Court finds that a serious risk exists the defendant will:

1. ( ) obstruct or attempt to obstruct justice.

2. ( ) attempt to/ ( ) threaten, injure or intimidate a witness or juror.

B. The Court bases the foregoing finding(s) on the following:

______________________________________________

______________________________________________

______________________________________________

VI

A. IT IS THEREFORE ORDERED that the defendant be detained prior to trial.

B. IT IS FURTHER ORDERED that the defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.

C. IT IS FURTHER ORDERED that the defendant be afforded reasonable opportunity for private consultation with counsel.

D. IT IS FURTHER ORDERED that, on order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which defendant is confined deliver the defendant to a United States marshal for the purpose of an appearance in connection with a court proceeding.

DATED: 3/20/08 ______________________________

UNITED STATES MAGISTRATE JUDGE

I hereby attest and certify on 3/24/08 that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
JANET AGHBOLAGHI
DEPUTY CLERK

Name & Address

FILED
CLERK, U.S. DISTRICT COURT
MAR 21 2008
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

1182

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| United States of America<br><br>PLAINTIFF(S)<br>v.<br>DAVID WHITAKER, aka David Andrews, aka Slade Austin, aka Chase, aka Josh,<br><br>DEFENDANT(S). | CASE NUMBER<br>08-00721M<br><br>**FINAL COMMITMENT AND WARRANT OF REMOVAL**<br>________ District of RHODE ISLAND<br>At PROVIDENCE<br>*(City)* |

**To: United States Marshal for the Central District of California**

The above-named defendant is hereby remanded to your custody and you are hereby ORDERED to remove him/her forthwith, along with a certified copy of this Commitment, to the custodian of a place of confinement within the District of Origin, approved by the Attorney General of the United States, where the defendant shall be received and safely kept until discharged in due course of law.

This defendant was arrested in this District after:

- ☐ filing of a complaint before a U.S. Magistrate Judge
- ☐ an indictment by a Grand Jury
- ☒ a bench warrant issued by a U.S. District Judge/Magistrate Judge/Clerk from the District of Origin charging that on or about August 2005 - March 2006, in the District of Origin, the defendant did: devise a scheme and artifice to defraud, and to obtain money and property, by menas of false and fraudulent pretenses, representations and promises, transmitted and caused to be transmitted by menas of wire communication in interstate, etc., in violation of Title(s) 18, U.S.C., Section(s) 1343

The defendant has now:

- ☒ duly waived identity hearing before me on 3/20/2008.
- ☐ duly waived preliminary examination before me on ________.
- ☐ had a hearing before me on ________, and it appears that there is probable cause to believe that the offense so charged has been committed and that the defendant has committed it.
- ☐ had a hearing before me on ________, and it appears that the defendant is the person named as charged, and:
  - ☐ Bail has been set at $________ but has not been posted.
  - ☐ No bail has been set.
  - ☒ Permanent detention has been ordered.
  - ☐ Temporary detention has been ordered.

3/21/08
Date

[signature]
United States Magistrate Judge

**RETURN**

Received this commitment and designated prisoner on ________, and on ________, committed him to ________ and left with the custodian at the same time a certified copy of the within temporary commitment.

United States Marshal, Central District of California

Date ________ Deputy ________

[redacted]

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

**SHERRI R. CARTER**
District Court Executive and
Clerk of Court

I hereby attest and certify on 3/28/08 that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
JANET AGHBOLAGHI
DEPUTY CLERK

1182

March 27, 2008

Clerk of the
United States District Court
208 John O. Pastore Federal Building
Two Exchange Terrace
Providence, RI 02903-1737

Re: Transfer to U.S. Magistrate Judge

Case No. Our Case No. MJ08-721/ Your Case No. 1:07MJ124A

Case Title: USA v David Whitaker

Dear Sir/Madam:

Pursuant to Rule 40 of the Federal Rules of Criminal Procedure, enclosed are the following:

- ☒ Certified copy of entire case file.
- ☒ Certified copy of docket sheet
- ☐ Letter re status of property bond
- ☐ Original bond enclosed
  - ☐ Original bond to be forwarded by the Fiscal Section
  - ☒ Certified copy of final commitment
  - ☐ Original Passport
  - ☐ Original Declaration re: Passport
- ☒ Other NFPV (Not for Public View) document #8 - Financial Affidavit

Please acknowledge receipt on the copy of this letter and return to this office.

Sincerely,

Clerk, U.S. District Court

By Janet Aghbolaghi
Deputy Clerk 213-894-

*cc: U.S. Attorney (Central District of California)*
*U.S. Attorney (Receiving district)*

---

Receipt of the above-described documents is acknowledged herewith and assigned case number:

____________________.

Clerk, U.S. District Court

____________________ By ____________________
Date Deputy Clerk