AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

APPEARANCE

V.

CASE NUMBER: 1:07MJ 124 A

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for DAVID WHITAKER

I certify that I am admitted to practice in this court.

APRIL 4, 2008
*Date*

[signature]
*Signature*

Thomas G. Briody 4407
*Print Name* *Bar Number*

91 FRIENDSHIP ST., PROV. RI 02903
*Address*

*City* *State* *Zip Code*

(401) 751-5151 421-0876
*Phone Number* *Fax Number*

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.