AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

DISTRICT OF RI

UNITED STATES OF AMERICA

V.

David Whitaker

## WAIVER OF PRELIMINARY EXAMINATION OR HEARING (Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number: 1:07MJ124A

I, DAVID WHITAKER, charged in a (complaint) (petition) pending in this District with WIRE FRAUD in violation of Title 18 USC § 1343, U.S.C., ,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

*Defendant*

April 7, 2008
*Date*

Thomas [signature]
*Counsel for Defendant*